BEFORE THE SECOND DIVISION, APRIL 22, 1964

No. 68480.—Liebermann Waelchli & Co., N.Y., Inc. *v.* United States, protest 58/21899 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brush cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.